5:12cv194

# VERDICT FORM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 15 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

NOTE: Complete the following paragraph by writing in the name required by your verdict.

On the sex discrimination claim of plaintiff Kahdijah Miller, as submitted in Instruction 8, we find in favor of:

_____    or    _____City of Pine Bluff_____
(Plaintiff Kahdijah Miller)                    (Defendant City of Pine Bluff)

NOTE: Answer the next question only if the above finding is in favor of Kahdijah Miller. If the above finding is in favor of defendant, have your foreperson sign and date this form because you have completed your deliberations with respect to this claim.

We find Miller's damages, as submitted in Instruction 11, to be:

$ _____

_____        1/15/14
(Signature of Foreperson)                (Date)

16